**JADE TRADING, LLC, by and through, Robert W. ERVIN and Laura Kavanaugh Ervin on behalf of Ervin Capital, LLC, Partners Other than the Tax Matters Partner, Plaintiffs–Appellants,**

v.

**UNITED STATES, Defendant–Appellee.**

No. 2008–5045.

United States Court of Appeals,
Federal Circuit.

Jan. 6, 2009.

## ORDER

Appellant having submitted the required brief, and it appearing that the appeal was dismissed in error, it is

ORDERED that the order of dismissal and the mandate be, and the same hereby are, VACATED and RECALLED, and the notice of appeal is REINSTATED.